## Commonwealth *v.* Garrett, Appellant.

Submitted March 21, 1966. *Ernest Garrett*, appellant, in propria persona; *Ralph B. D'Iorio*, Assistant District Attorney, and *Jacques H. Fox*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.